UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CRYSTAL PUJOLS,

Defendant.

**INFORMATION**

25 Cr. 589

### COUNT ONE
### (Firearms Trafficking Conspiracy)

The United States Attorney charges:

1.      From at least in or about August 2024 through at least in or about June 2025, in the Southern District of New York and elsewhere, CRYSTAL PUJOLS, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to traffic in firearms, in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(2).

2.      It was a part and an object of the conspiracy that CRYSTAL PUJOLS, the defendant, and others known and unknown, would and did ship, transport, transfer, and cause to be transported, and otherwise dispose of a firearm to another person in and otherwise affecting interstate and foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

3.      It was further a part and an object of the conspiracy that CRYSTAL PUJOLS, the defendant, and others known and unknown, would and did receive from another person a firearm in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause

to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

(Title 18, United States Code, Section 933(a)(3).)

**COUNT TWO**
**(Interstate Travel with Intent to Engage in Firearms Trafficking)**

The United States Attorney further charges:

4.      From at least in or about August 2024 through at least in or about June 2025, in the Southern District of New York and elsewhere, CRYSTAL PUJOLS, the defendant, with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), traveled from one State into another State, and acquired and attempted to acquire firearms in the other State, in furtherance of such purpose, and aided and abetted the same, to wit, PUJOLS and another person ("CC-1") traveled from New York to Georgia, for the purpose of acquiring firearms in Georgia, with the intent that the firearms be resold in New York.

(Title 18, United States Code, Sections 924(n) and 2.)

**COUNT THREE**
**(Possession of a Firearm After a Felony Conviction)**

The United States Attorney further charges:

5.      From at least in or about May 2025 through at least in or about June 2025, in the Southern District of New York and elsewhere, CRYSTAL PUJOLS, the defendant, knowing another person, CC-1, had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly aided and abetted CC-1's possession of a firearm, to wit, a Ruger Model LCP .380 caliber pistol bearing serial number 3723602884, and the firearm was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

2

## FORFEITURE ALLEGATIONS

6.      As a result of committing the offenses alleged in Counts One and Two of this Information, CRYSTAL PUJOLS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

7.      As a result of committing the offense alleged in Count Three of this Information, CRYSTAL PUJOLS, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense.

### Substitute Assets Provision

8.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 924 and 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAY CLAYTON
United States Attorney